

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00334-CV

Dalila **AGIZA**,
Appellant

v.

**T SLASH BAR TEXAS**,
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2025CV01730
Honorable Cesar Garcia, Judge Presiding

PER CURIAM

Sitting:      Lori Massey Brissette, Justice
               Adrian A. Spears II, Justice
               H. Todd McCray, Justice

Delivered and Filed: December 10, 2025

DISMISSED FOR WANT OF PROSECUTION

On October 13, 2025, we ordered appellant's brief stricken. We further ordered appellant to file an amended brief that complies with Rules 9.4 and 38.1 of the Texas Rules of Appellate Procedure on or before October 31, 2025. *See* TEX. R. APP. P. 9.4(k); TEX. R. APP. P. 38.9(a). Neither the amended brief nor a motion for extension of time was filed. Instead, on October 14, 2025, appellant filed "Appellant's Verified Objection and Motion to Reinstate Supplemental Brief Limited to Jurisdictional Defects, and Alternative Motion for Leave to Amend" and "Appellant's

Supplemental Objection and Motion for Reconsideration of October 13, 2025 Orders." On November 4, 2025, we denied these two motions, and we ordered appellant to file an amended brief complying with Rules 38.1 and 9.4. on or before November 11, 2025. We admonished appellant that if she failed to timely file the amended brief, we would dismiss for want of prosecution. *See id.* R. 38.8(a), 42.3.

Appellant has not filed the amended brief ordered by the court. Accordingly, this appeal is dismissed.[1]

PER CURIAM

---

[1] All of appellant's pending motions are denied.